UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GEORGE A. BJURBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN KELLIE, et. al.,<br><br>    Defendants. _____/ | No. C 14-0056 NJV (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a prisoner. Court records indicate that plaintiff previously filed this exact same complaint in Case No. C 13-5500 NJV (PR). The Court has reviewed the earlier filed case, thus the instant action is **DISMISSED** as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The motion for leave to proceed in forma pauperis (Docket No. 2) is **DENIED**.

**IT IS SO ORDERED.**

Dated: January  24 , 2014.                          _____
                                                      NANDOR J. VADAS
                                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GEORGE A. BJURBERG, | No. 1:14-CV-0056 NJV |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SEAN KELLIE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 24, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

George August Bjurberg
1136813
300 Bradford Street
Redwood City, CA 94603

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2